UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CENTER TOWNSHIP OF ) <br> DELAWARE COUNTY, ) <br> ) <br> Plaintiff, ) <br> v. ) CASE NO. 1:05-cv-0840-DFH-WTL <br> ) <br> NORTHEAST FIRE APPARATUS, INC. ) <br> and FREIGHTLINER, LLC., ) <br> ) <br> Defendants. ) | |

FINAL JUDGMENT

The court having granted defendants' motion for summary judgment, it is hereby ORDERED, ADJUDGED, AND DECREED that plaintiff Center Township of Delaware County take nothing by its complaint against defendants Northeast Fire Apparatus, Inc. and Freightliner, LLC, and that this action is DISMISSED WITH PREJUDICE, with costs to defendants.

Date: November 28, 2006

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana


Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

Copies to:

Bruce Noel Munson
bnmunson@aol.com

Pamela A. Paige
DEFUR VORAN LLP
ppaige@defur.com,kcarr@defur.com